| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: Matthew D. Rust<br>CASE NUMBER: 0758 3:15-00002P-001 | Judgment - Page 1 |

# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 0758 3:15-00002P-001 |
| Matthew D. Rust | **Defendant's Attorney:** Terry W. Frederick |

The defendant, Matthew D. Rust, pleaded guilty to count 1 of the information.

The defendant has been advised of his right to appeal.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 930(a) | Possession of a Firearm in a Federal Facility, a Class A Misdemeanor | October 15, 2014 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| **Defendant's Date of Birth:** | July 7, 1981 | June 5, 2015 |
| **Defendant's USM No.:** | 09012-090 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | 1618 Fordem Avenue, #301<br>Madison, WI 53704 | *[signature]* |
| **Defendant's Mailing Address:** | 1618 Fordem Avenue, #301<br>Madison, WI 53704 | Stephen L. Crocker<br>Magistrate Judge |
| | | 6-12-15 |
| | | Date Signed: |

AO 245 B (Rev. 3/01)(N.H. Rev.)  
DEFENDANT: Matthew D. Rust  
CASE NUMBER: 0758 3:15-00002P-001  
Judgment - Page 2

## IMPRISONMENT

Not applicable.

## RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

| | DEFENDANT: | Matthew D. Rust | |
|---|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | CASE NUMBER: | 0758 3:15-00002P-001 | Judgment - Page 3 |

## SUPERVISED RELEASE

Not applicable.

## CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $500.00 | $0.00 |
| **Total** | $25.00 | $500.00 | $0.00 |

As to count one of the information, it is adjudged that defendant is to pay a fine of $500. This is to be paid within 60 days of entry of this judgement.

It is adjudged that defendant is to pay a $25 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

| | | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | DEFENDANT: Matthew D. Rust<br>CASE NUMBER: 0758 3:15-00002P-001 | Judgment - Page 4 |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

        (1) assessment;
        (2) restitution;
        (3) fine principal;
        (4) cost of prosecution;
        (5) interest;
        (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.